FILED

MAR - 2 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) Case No. <br> ) <br> JESSIE HAMPTON, aka LIL JESSIE, and ) Title 21 U.S.C. §841(a)(1) <br> MALCOLM JOHNSON, aka LIL MAC, ) Title 21 U.S.C. §846 <br> ) Title 18 U.S.C. §1951(a) <br> Defendants. ) Title 18 U.S.C. §924(c)(1) <br> ) Title 18 U.S.C. §924(j)(1) | **4:16CR00093 CDP/NCC** |

## INDICTMENT

### COUNT ONE

### Conspiracy to Distribute Cocaine

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, and up to and including on or about July 15, 2012, and continuing thereafter up to and including the date of this indictment, in the Eastern District of Missouri, and elsewhere,

**JESSIE HAMPTON, aka LIL JESSIE, and
MALCOLM JOHNSON, aka LIL MAC,**

the defendants herein, and others known and unknown to the Grand Jury, did knowingly and willfully conspire, combine, confederate and agree to commit an offense against the United States; to wit: to distribute a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

1

## COUNT TWO

### Possessing a Firearm in Furtherance of
### a Drug Trafficking Crime, Resulting in Murder

The Grand Jury further charges that:

On or about July 14 and 15, 2012, in the Eastern District of Missouri, and elsewhere,

### JESSIE HAMPTON, aka LIL JESSIE, and
### MALCOLM JOHNSON, aka LIL MAC,

the defendants herein, and others known and unknown to the Grand Jury, did knowingly possess, brandish, and discharge a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: conspiracy to distribute cocaine, as charged in Count One herein; and in the course of such violation caused the death of Scipio Vaughn through the use of a firearm, which killing is a murder, that is, the unlawful killing of a human being with malice aforethought.

In violation of Title 18, United States Code, Sections 924(c)(1) and 924(j)(1), and punishable under Title 18, United States Code, Section 924(j)(1).

## COUNT THREE

### Conspiracy to Obstruct Commerce by Robbery

The Grand Jury further charges that:

A. At all times relevant to this indictment:

    1. Defendants Jessie Hampton and Malcolm Johnson resided in the State of Missouri.

    2. Victims Scipio Vaughn, Jason Crabtree, and Aaron Crump resided in the State of Illinois.

2

B.  In and around 2012:

1. Defendants Jessie Hampton and Malcolm Johnson were engaged in the illicit business of drug trafficking in interstate commerce, an industry that affects interstate commerce.

2. Victims Scipio Vaughn, Jason Crabtree, and Aaron Crump were engaged in the illicit business of drug trafficking in interstate commerce, an industry that affects interstate commerce.

C.  Beginning at a time unknown to the Grand Jury, and up to and including on or about July 15, 2012, and continuing thereafter up to and including the date of this indictment, in the Eastern District of Missouri, and elsewhere,

**JESSIE HAMPTON, aka LIL JESSIE, and
MALCOLM JOHNSON, aka LIL MAC,**

the defendants herein, and others known and unknown to the Grand Jury, did knowingly and willfully conspire, combine, confederate and agree to commit an offense against the United States; to wit: to obstruct, delay, and affect commerce and the movement of any article or commodity in commerce by robbery of victims Scipio Vaughn, Jason Crabtree, and Aaron Crump of personal property, that is, United States currency intended for the purchase of cocaine, a Schedule II controlled substance, which was to be purchased in the State of Missouri and transported to the State of Illinois for distribution.

In violation of Title 18, United State Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT FOUR

### Possessing a Firearm in Furtherance of a Crime of Violence, Resulting in Murder

The Grand Jury further charges that:

On or about July 14 and 15, 2012, in the Eastern District of Missouri, and elsewhere,

**JESSIE HAMPTON, aka LIL JESSIE, and
MALCOLM JOHNSON, aka LIL MAC,**

the defendants herein, and others known and unknown to the Grand Jury, did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States; to wit: conspiracy to obstruct commerce by robbery, as charged in Count Three herein; and in the course of such violation caused the death of Scipio Vaughn through the use of a firearm, which killing is a murder, that is, the unlawful killing of a human being with malice aforethought.

In violation of Title 18, United States Code, Sections 924(c)(1) and 924(j)(1), and punishable under Title 18, United States Code, Section 924(j)(1).

## COUNT FIVE

### Felon in Possession of a Firearm

The Grand Jury further charges that:

On or about July 14 and 15, 2012, in the Eastern District of Missouri, and elsewhere,

**JESSIE HAMPTON, aka LIL JESSIE,**

the defendant herein, and others known and unknown to the Grand Jury, having been convicted previously of one or more felony crimes punishable by a term of imprisonment exceeding one year

under the laws of the State of Missouri, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

_____
Cristian M. Stevens, #48028MO
Assistant United States Attorney